UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS, B80852,<br><br>    Plaintiff,<br><br>  v.<br><br>V. SOLIS, et al.,<br><br>    Defendant(s). | Case No. 19-cv-01137-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a stipulation for voluntary dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See ECF No. 14.

Pursuant to the stipulation, this action is DISMISSED with prejudice.

The clerk shall close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: October 22, 2019

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HICKS,<br><br>    Plaintiff,<br><br>  v.<br><br>V. SOLIS, et al.,<br><br>    Defendants. | Case No. 3:19-cv-01137-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 22, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael J. Hicks ID: B-80852
High Desert State Prison B2-116
P.O. Box 3030
Susanville, CA 96127

Dated: October 22, 2019

                                        Susan Y. Soong
                                        Clerk, United States District Court

                                        By: /s/ L. Scott
                                        Lashanda Scott, Deputy Clerk to the
                                        Honorable CHARLES R. BREYER